**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SIMON DESIGN ENGINEERING, LLC, )
                           Plaintiff,     )    Case No. 2:08-cv-01291-RLH-PAL
                                      )
vs.                                 )    **ORDER**
                                      )
W & W STEEL, LLC,                  )    (Mot Leave File Late Brief - #121)
                                      )    (Mot for Reconsideration - #122)
                       Defendant.    )    (Stip for Limited Extension - #127)
_____ )

        Before the court is the parties' Stipulation for Limited Extension of Discovery Cutoff and Stay of Specified Depositions Pending Further Ruling by the Court (Dkt. #127) filed August 9, 2010; Plaintiff's Motion for Leave to File Late Brief in Response to Dkt. #110 re: Defendant's Motion to Compel Production of Documents (Dkt. #121) filed August 4, 2010; and Plaintiff's Motion for Reconsideration of Order-Dkt. #114 re: Defendant's Motion to Compel Production of Documents-Dkt. #110 (Dkt. #122) filed August 4, 2010.  The parties held a settlement conference with the undersigned on August 12, 2010 and reached a confidential settlement.  As such,

        **IT IS ORDERED** that

        1.      The Motion for Leave to File Late Brief (Dkt. #121) is **DENIED as MOOT**;

        2.      The Motion for Reconsideration of Order (Dkt. #122) is **DENIED as MOOT;** and

        3.      The Stipulation for Limited Extension (Dkt. #127) is **DENIED as MOOT**.

        Dated this 16th day of August, 2010.

                                      _____
                                      Peggy A. Leen
                                      United States Magistrate Judge