JOSEPH P. HARDY (SBN: 7370)
ROBERT S. LARSEN (SBN: 7785)
GORDON & REES LLP
3770 Howard Hughes Pkwy, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: jhardy@gordonrees.com
Email: rlarsen@gordonrees.com

Attorneys for Defendant/Counterclaimant
W & W STEEL, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SIMON DESIGN ENGINEERING, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>W & W STEEL, LLC<br><br>    Defendant.<br>_____<br>W & W STEEL, LLC<br><br>    Counterclaimant,<br><br>vs.<br><br>SIMON DESIGN ENGINEERING, LLC<br><br>    Counterdefendant. | CASE NO. 2:08-cv-01291-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff/Counterdefendant SIMON DESIGN ENGINEERING, LLC and Defendant/Counterclaimant W & W STEEL, LLC, and their attorneys of record, that all matters pending between them herein have been resolved and settled, pursuant to which they jointly stipulate to and move for dismissal of this action, including all claims and counterclaims between them, with prejudice.

///

///

///

-1-

IT IS HEREBY AGREED AND STIPULATED that this action, including all claims and counterclaims of the parties herein, shall be dismissed with prejudice, each side to bear their own attorney's fees and costs; with, however, the Court retaining jurisdiction to enforce the terms of the parties' settlement.

Dated: September 30, 2010

GORDON & REES LLP

By: *(signature)*
Joseph P. Hardy (SBN: 7370)
Robert S. Larsen (SBN: 7785)
3770 Howard Hughes Pkwy, Suite 100
Las Vegas, NV 89169
Attorneys for Defendant/Counterclaimant
W & W STEEL, LLC

Dated: September 20, 2010

VANDEVENTER BLACK LLP

By: *(signature)*
Neil S. Lowenstein (SBN: VA 29845)
David W. Lannetti (SBN: VA 44273)
500 World Trade Center
101 West Main Street
Norfolk, VA 23510

Leland Eugene Backus (SBN: NV 0473)
BACKUS CARRANZA
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Plaintiff/Counterdefendant
SIMON DESIGN ENGINEERING, LLC

## ORDER

IT IS SO ORDERED.

DATED this 1st day of October, 2010.

*(signature)* Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE